

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00680-CV

**Elizabeth Copeland**

v.

**Barry  Copeland**

NO. 2012-39055 IN THE 311TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/25/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/18/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/13/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/09/2015 | NOT PAID | ANT |
| MT FEE | $10.00 | 02/04/2015 | PAID | APE |
| MT FEE | $10.00 | 12/24/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/24/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/04/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/03/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $1,162.00 | 10/27/2014 | PAID | ANT |
| RPT RECORD | $170.00 | 10/06/2014 | PAID | ANT |
| MT FEE | $10.00 | 10/06/2014 | E-PAID | ANT |
| FILING | $175.00 | 10/01/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 10/01/2014 | E-PAID | ANT |
| RPT RECORD | $162.50 | 09/09/2014 | PAID | ANT |
| CLK RECORD | $177.00 | 08/29/2014 | PAID | ANT |
| MT FEE | $10.00 | 08/15/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,976.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 17, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**